MEMORANDUM OPINION




No. 04-07-00272-CR


 

Jonathan BROOKE,


Appellant



v.



The STATE of Texas,


Appellee



From 216th Judicial District Court, Kerr County, Texas


Trial Court No. A06-156


Honorable Emil Karl Prohl, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: August 2, 2007


DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a). PER CURIAM

DO NOT PUBLISH